SCHLESINGER v. BURNS. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Leo Schlesinger against Charles O. Burns. No opinion. Motion denied, with $10 costs. Order filed.

SCHLESINGER v. BURNS et al. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Leo Schlesinger against Charles O. Burns, impleaded with others. No opinion. Motion granted, with $10 costs. Order filed.

SCHLESINGER v. LEHAMIER. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Leo Schlesinger against Ludwig Lehamier. No opinion. Motion granted. Order filed.

SCHLICHTER et al., Respondents, v. GUARANTEE CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Paul M. Schlichter and another against the Guarantee Construction Company. C. E. McCann, for appellant. G. H. Francoeur, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHLOEDER v. SCAGLIONE BRICK & FIREPROOFING CO. et al. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Nicholas Schloeder against the Scaglione Brick & Fireproofing Company and others. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SCHMEISER, Respondent, v. MANSFIELD, Appellant. et al. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Charles Schmeiser against James H. Mansfield, impleaded with others. J. C. Lenney, for appellant. R. R. Billington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion for reargument denied.

SCHROTER, Appellant, v. SCHROTER, Respondent. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by George A. Schroter against Sofi G. Schroter. A. S. Bacon, for appellant. J. W. Osborne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHUMACKER, Respondent, v. BAUM, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Dierck Schumacker against Max C. Baum. A. A. Silberberg, for appellant. L. M. Berkeley, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Order filed.

SCUDDER, Appellant, v. NASSAU COUNTY PRESS, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Townsend Scudder against the Nassau County Press. No opinion. Action discontinued by written stipulation, and order signed and entered.

SEABOARD NAT. BANK, Respondent, v. BANK OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by the Seaboard National Bank against the Bank of America. C. E. Rushmore, for appellant. H. Aaron, for respondent. No opinion. Judgment and order affirmed, with costs, on the opinion of Leventritt, J., in the court below. 100 N. Y. Supp. 740. Order filed.

SEAMAN, Respondent, v. MILHOLLAND, Appellant. (Supreme Court. Appellate Division, First Department. February 25, 1907.) Action by Louis L. Seaman against John E. Milholland. S. Bacon, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SERVISS, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court. Appellate Division, Second Department. March 1, 1907.) Action by Emma A. Serviss against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, on condition that defendant pay $10 costs and perfect the appeal within one week after the return of Mr. Rawle to this country, in default of which the motion is granted, with costs.

(119 App. Div. 866)

SHEA, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Margaret Shea, as administratrix, against the city of New York. T. Connoly, for appellant. S. E. Whitehouse, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of Landau v. City, 180 N. Y. 48, 72 N. E. 631, 105 Am. St. Rep. 709. Order filed.

INGRAHAM, J., dissents.

SHEDD et al. v. TOWN OF CORTLANDT et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by William T. Shedd, individually and as trustee, etc., and others, against the town of Cortlandt and another. No opinion. Motion granted.

SHEPHERD, Respondent, v. SHEPHERD, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Annie M. Shepherd against Walter S. Shepherd. H. Espen, for appellant. W. B. Dobbs, for respondent. No opinion. Order (100 N. Y. Supp. 401) affirmed, with $10 costs and disbursements. Order filed.

SHONTS, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.)

Action by Theodore P. Shonts against Edward R. Thomas and others. No opinion. Order affirmed, with $10 costs and disbursements.

SIEMON, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Term. March 14, 1907.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Theodore W. Siemon against James C. Fargo, as president of the American Express Company. From a judgment for plaintiff, defendant appeals. Modified. Carter, Ledyard & Milburn (J. Vimont Lyle, of counsel), for appellant. Hunt, Hill & Betts, for respondent.

PER CURIAM. Plaintiff recovered a judgment for $50 as damages for the loss of a pair of trousers. They were part of a suit of the same material. The suit cost $75, and was reasonably worth that sum, according to the evidence. The trousers, according to the evidence, were worth $20. The defendant admitted having lost the article in question. The judgment is reversed, and a new trial granted, with costs and disbursements, unless plaintiff consents to reduce the judgment to $20, in which event the judgment, as modified, will be affirmed, without costs.

SIMKOFF, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Leonard Simkoff, an infant, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents on the ground that the finding of the jury that there was an opening between the outside edge of the southerly rail and the sidewalk planking, which was the only negligence submitted to the jury, was against the weight of the evidence, and also because of errors of the court in refusing to charge as requested.

SIMONS et al., Respondents, v. COHEN et al., Appellants. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Berry B. Simons and others against William Cohen and others. From a judgment for plaintiffs, defendants appeal. Affirmed. George J. Gruenberg, for appellants. Alexander & Ash (Mark Ash and William Ash, of counsel), for respondents.

PER CURIAM. We are of the opinion that the trial justice was correct in ruling as a matter of law that there was no evidence of duress sufficient to carry that issue to the jury. Under the terms of the contract a question might have arisen in good faith as to whether or not the work in question was additional to that contemplated by the original contract and to be paid for by an amount additional to the contract figure. The question of fact the jury decided upon sufficient evidence against the appellants, and we find no reason for disturbing the judgment. Judgment affirmed, with costs.

SKINNER v. LE ROY HYDRAULIC ELECTRIC GAS CO. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by William Skinner against the Le Roy Hydraulic Electric Gas Company. PER CURIAM. Motion denied, with $10 costs and disbursements. ROBSON, J., not sitting.

SLAVENS, Respondent, v. JEBB, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Hiram C. Slavens against William T. Jebb. G. V. Mullen, for appellant. E. L. Sykes, for respondent. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Samuel R. Smith against Frank E. Anderson. J. P. Sheffield, for appellant. E. D. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH v. BARBER. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by William W. Smith against Amzi L. Barber. No opinion. Motion denied, with $10 costs. Order filed.

SMITH v. DAVID STEVENSON BREWING CO. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by James D. Smith, individually, etc., against the David Stevenson Brewing Company. No opinion. Motion granted and questions certified. Order filed.

SMITH, Appellant, v. DOTTERWEICH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by George N. Smith against Rudolph Dotterweich. No opinion. Order affirmed, with $10 costs and disbursements.

SPIEGLER, Appellant, v. WAX, Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Shendel Spiegler against Jacob Wax. No opinion. Order of the Municipal Court affirmed, with costs, as there was neither oral argument nor brief presented by the appellant.

SPIEGLER, Appellant, v. WAX, Respondent. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by Shendel Spiegler against Jacob Wax. No opinion. Motion denied, with costs.

STAIGER, Respondent, v. KLITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Christopher Staiger against Robert H. Klitz and another. No opinion. Order affirmed, with $10 costs and disbursements.

STANBERY, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Elias M. Stanbery against Chase Andrews.